**2009–1018.   State v. Henry.**
Montgomery App. No. 22510, 2009-Ohio-2068.

**2009–1028.   Zolotarevsky v. Barnett.**
Ashtabula App. No. 2009–A–0017, 2009-Ohio-2086. Discretionary appeal not accepted. Appellant's motions to verify, for leave to plead, and to submit exhibits denied as moot.

**2009–1030.   Wells Fargo Bank, N.A. v. Jordan.**
Cuyahoga App. No. 91675, 2009-Ohio-1092.
    MOYER, C.J., and LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2009–1035.   State v. Adams.**
Cuyahoga App. No. 91672.

**2009–1037.   State v. Hotoff–Mota.**
Huron App. No. H–09–007.

**2009–1040.   Keybank Natl. Assn. v. Hanns.**
Montgomery App. No. 22692, 2009-Ohio-1935.

**2009–1043.   State v. Adams.**
Montgomery App. No. 22493, 2009-Ohio-2056.

**2009–1044.   State v. Harris.**
Cuyahoga App. No. 91894, 2009-Ohio-1780.

**2009–1045.   State v. Rodriguez.**
Lucas App. No. L–07–1303, 2009-Ohio-2156.

**2009–1057.   Knoppe v. Applegate.**
Delaware App. No. 08 CAG 08 0051, 2009-Ohio-2007.
    O'DONNELL, J., dissents.

**2009–1059.   Link v. Matthews.**
Allen App. No. 1–08–61, 2009-Ohio-1920.

**2009–1080.   State v. Goldick.**
Montgomery App. No. 22611, 2009-Ohio-2177.

**2009–1084.   Thayer v. Diver.**
Lucas App. No. L–07–1415, 2009-Ohio-2053.
    O'DONNELL, J., dissents.

**2009–1085.   State v. Dooley.**
Muskingum App. No. CT2008–0055, 2009-Ohio-2095.

**2009–1090.   Wilson v. Ward.**
Medina App. No. 08CA0071–M, 2009-Ohio-2078.
    MOYER, C.J., dissents.

**2008–1093.   Redd v. Sheldon.**
Marion App. No. 9–08–61.

**2009–1103.   Whipps v. Ryan.**
Franklin App. Nos. 08AP–838 and 08AP–839, 2009-Ohio-2228.

**2009–1110.   Estate of Niemi v. Niemi.**
Trumbull App. No. 2008–T–0082, 2009-Ohio-2090.

**2009–1111.   State v. Coleman.**
Cuyahoga App. No. 91058, 2009-Ohio-1611.

**2009–1116.   State v. Clark.**
Warren App. No. CA2008–09–113, 2009-Ohio-2101.

**2009–1122.   State v. Doubrava.**
Cuyahoga App. No. 91792, 2009-Ohio-2369.